IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

JACQUELINE BOONE, et al,

    Plaintiff,

v.                                      Civil Action No: 4:11-cv-00164

ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.,

    Defendants.

**PLAINTIFFS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SEVER**

COME NOW the Plaintiffs, by counsel, with the agreement and consent of Defendants' counsel and pursuant to Fed. R. Civ. P. 15, and they move the Court to enlarge their time to respond to Defendant's Motion to Sever (Docket No. 8).

Due to the holiday schedules of counsel, Plaintiffs' counsel has requested and Defendants' counsel has agreed to a one-week extension to allow the filing of Plaintiffs' response to January 4, 2012, with a reciprocal enlargement of Defendants' Reply date to January 11, 2012.

Respectfully submitted,

JACQUELINE BOONE, *et al,*

/s/
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:    757-930-3660
Fax:    757-930-3662
lenbennett@cox.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December 2011 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Jason Emmanuel Manning
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: jason.manning@troutmansanders.com

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
Email: john.lynch@troutmansanders.com

*Counsel for Defendants*

                                                /s/
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel:    757-930-3660
Fax:    757-930-3662
lenbennett@cox.net