UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
JAN 9 2012
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

JACQUELINE BOONE, et al.,

    Plaintiffs,

v.                                  Case No. 4:11cv164

ENCORE CAPITAL GROUP, et al.,

    Defendants.

ORDER

Before the Court is Plaintiffs' Consent Motion for Enlargement of Time to Respond to Defendant's [sic] Motion to Sever, filed on December 28, 2011. ECF No. 10. The motion requests an extension of time to January 4, 2012, for the plaintiffs to file their response to the defendants' motion to sever (ECF No. 5), and a corresponding extension until January 11, 2012, for the defendants to file their reply. A proposed agreed order, signed by counsel for both plaintiffs and defendants, has been submitted which instead suggests that the parties agreed to an extension until January 17, 2012, for the defendants to file their reply.[1] On January 4, 2012, the plaintiffs filed their memorandum in

---

[1] The Court notes that, by operation of the local and federal rules, the due date of the defendants' reply brief ordinarily would fall on January 12, 2012. See Fed. R. Civ. P. 6(a)(1); Fed. R. Civ. P. 6(d); Local Civ. R. 7(F)(1). Because an "extension" until January 11th would effectively shorten the defendants' reply time rather than extend it, the Court will construe the motion and proposed agreed order together as a request for the defendants' deadline to be extended until January 17th.

opposition to the defendants' motion to sever. ECF No. 12.

Accordingly, for good cause shown, the consent motion for enlargement of time is GRANTED. The plaintiffs' opposition memorandum (ECF No. 12) shall be deemed timely filed. The defendants' reply brief on the motion to sever shall be filed on or before January 17, 2012.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
January 9, 2012