# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

| | |
|---|---|
| JACQUELINE BOONE, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 4:11cv164 |
| : | |
| ENCORE CAPITAL GROUP, INC., et al., : | |
| : | |
| Defendants. : | |

## PLAINTIFFS' MOTION TO TRANSFER VENUE AND TO CONSOLIDATE

Plaintiffs, by counsel, file this motion to transfer venue to the Richmond Division of the Eastern District of Virginia and to consolidate this case with *Adkins, et al. v. Encore Capital Group, Inc., et al.,* Civil No. 3:11-cv-334, for the reasons delineated in their memorandum filed contemporaneously herewith.

Respectfully submitted,
PLAINTIFFS BOONE, et al.,

/s/
Matthew J. Erausquin, VSB#65434
Leonard A. Bennett, VSB#37523
Counsel for the Plaintiff
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Tel:    703-273-7770
Fax:    888-892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of January, 2012 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
804-698-5118 (fax)
david.anthony@troutmansanders.com

John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
757-687-1504 (fax)
john.lynch@troutmansanders.com

Jason Emmanuel Manning
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7764
(757) 687-1524 (fax)
jason.manning@troutmansanders.com

*Counsel for Defendants*

                                                                   /s/
                                      Matthew J. Erausquin, VSB#65434
                                      Leonard A. Bennett, VSB#37523
                                      Counsel for the Plaintiff
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      1800 Diagonal Road, Suite 600
                                      Alexandria, VA  22314
                                      Tel:    703-273-7770
                                      Fax:   888-892-3512
                                      matt@clalegal.com