IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
MAR 29 2012
CLERK, U.S DISTRICT COURT
NORFOLK VA

JACQUELINE BOONE, *et al.*,
    Plaintiffs,

v.                                                        Civil Action No. 4:11cv164

ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING LLC, and
MIDLAND CREDIT MANAGEMENT, INC.,
    Defendants.

## ORDER

The Court hereby **ORDERS** that this matter be referred to Magistrate Judge Hannah Lauck, United States District Court for the Eastern District of Virginia, Richmond Division, for the purpose of conducting settlement proceedings relating to the 167 individual plaintiffs against these defendants.

The Clerk is **DIRECTED** to deliver a copy of this Order to Magistrate Judge Lauck and to all Counsel of Record in this case.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge

Norfolk, Virginia
March 29, 2012